1  Michael S. Elkind (SBN 61038)
   melkind@fulpat.com
2  Stephen J. Strauss (SBN 110,030)               **JS-6**
   sstrauss@fulpat.com
3  Jessica L. Brookhart-Knost (SBN 246244)
   jknost@fulpat.com
4  FULWIDER PATTON LLP
   Howard Hughes Center
5  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
6  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
7
   Attorneys for Plaintiff
8  Custom Building Products, Inc.

9
   Richard M. Fannan (SBN 076364)
10 rfannan@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
11 444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953
12 Tel: 213.236.0600 Fax: 213.236.2700

13 P. Andrew Blatt
   dblatt@whepatent.com
14 Wood, Herron & Evans, L.L.P.
   2700 Carew Tower
15 441 Vine Street
   Cincinnati, Ohio  45202
16 Telephone: (513) 241-2324
   Facsimile:  (513) 241-6234
17
   Attorneys for Defendant
18 Fin Pan, Inc.

19                    UNITED STATES DISTRICT COURT

20                   CENTRAL DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| 22  CUSTOM BUILDING PRODUCTS, INC., | No. CV 08-02638 VBF (RZx) |
| 23 | |
| 24              Plaintiff, | **ORDER FOR DISMISSAL AS TO ALL DEFENDANTS PURSUANT TO FED.R.CIV.P.41(a)(1)** |
| 25  v. | |
| 26  FIN PAN, INC. | |
| 27              Defendant. | |
| 28 | |

1

**ORDER FOR DISMISSAL**

## **ORDER**

The Court has reviewed the Stipulation for Dismissal filed by the parties and hereby incorporates it into this Order as if fully set forth herein. Accordingly, the Court orders:

1. This action and all claims presented in plaintiff's Complaint shall be dismissed without prejudice.

2. There shall be no award of any costs or fees in favor of either party.

IT IS SO ORDERED.

DATED: September 26, 2008      _____
                               Honorable Valerie Baker Fairbank
                               United States District Court